Entered on Docket
March 27, 2009

*Bruce A. Markell*

Hon. Bruce A. Markell
United States Bankruptcy Judge

---

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

America's Servicing Company
08-76960 / 1256025708

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | BK-S-08-20793-bam |
|---|---|
| Billie Ruth Walker | MS Motion No. Date: Time: |
| | Chapter 13 |
| Debtors. | |

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 4 Payments at $2,012.57 (11/01/08 – 02/01/09) | $ 8,050.28 |
| 3 Late Charges at $90.33 (11/15/08 – 01/15/09) | $ 270.99 |
| Post petition NSF Fees | $ 25.00 |
| Bankruptcy Fees & Costs | $ 900.00 |
| Total | $ 9,246.27 |

The Debtor shall immediately make a lump sum payment of $2,350.00 in certified funds, leaving a post petition arrearage amount of $6,896.27. The remaining post petition arrearage shall be paid in six (6) monthly installments of $1,149.38. These payments shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the March 20, 2009 payment and continuing throughout and concluding on or before August 20, 2009.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the March 1, 2009 payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 2796 Phoenix St., Las Vegas, NV 89121, and legally described as follows:

LOT FIVE, (5) IN BLOCK FIVE, (5) OF CAPITOL PARK TRACT NO.3, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 10, OF PLATS, PAGE 3, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtor and Debtor's counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtor upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure

1  the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to
2  Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the
3  subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete
4  possession thereof.
5
6  Submitted by:
   WILDE & ASSOCIATES
7
8
9  By_____#10235_____
   GREGORY L. WILDE, ESQ.
10 Attorneys for Secured Creditor
   208 South Jones Boulevard
11 Las Vegas, Nevada 89107
12 APPROVED AS TO FORM & CONTENT:
13
   Rick A. Yarnall                          Laura L. Fritz
14
   By_____ 3-20-09                  By_____
15
   Rick A. Yarnall                          Laura L. Fritz
16 Chapter 13 Trustee                       Attorney for Debtors
   701 Bridger Avenue #820                  625 South Sixth Street
17 Las Vegas, NV 89101                      Las Vegas, NV 89101
18
19                                          Nevada Bar No. 6568
20
21
22
23
24
25
26